DANIELLE MCDEVITT

VERSUS

MICHAEL SALISBURY

NO. 22-C-534

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Wiseman*

Linda Wiseman
First Deputy, Clerk of Court

January 10, 2023

Linda Wiseman
First Deputy Clerk

IN RE DANIELLE MCDEVITT

APPLYING FOR SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE NANCY A. MILLER, DIVISION "I", NUMBER 776-634

Panel composed of Judges Jude G. Gravois,
Stephen J. Windhorst, and Hans J. Liljeberg

## PER CURIAM

## WRIT GRANTED; JUDGMENT ON MOTION TO RECUSE REVERSED; REMANDED WITH INSTRUCTIONS

Plaintiff/relator, Danielle McDevitt, seeks this court's supervisory review of the trial court's September 21, 2022 judgment which denied her Motion to Recuse the trial judge filed on September 19, 2022. The basis of the trial court's denial under La. C.C.P. art. 154 C was that "the Motion to Recuse provides no objective facts demonstrating bias against the plaintiff or her attorney," *i.e.*, that the Motion to Recuse fails to sets forth a ground for recusal under La. C.C.P. art. 151.

After a thorough review of the Motion to Recuse, the trial court's Judgment and Reasons signed on September 21, 2022, and the writ application, we find that the Motion to Recuse states allegations under La. C.C.P. art. 151 A(4) (alleging instances of bias or prejudice), and under La. C.C.P. art. 151 B (alleging instances showing existence of a substantial and objective basis that would reasonably be

expected to prevent the judge from being fair and impartial). These allegations, if proven and sufficient to show that the judge is not fair and impartial, could rebut the presumption of impartiality and result in a recusal. Accordingly, we conclude that the trial court erred in denying the Motion to Recuse, rather than making a written request to the Supreme Court for the appointment of an *ad hoc* judge as provided in La. C.C.P art. 155, as per La. C.C.P. art. 154 B.

For these reasons, we grant this writ application, reverse the trial court's judgment denying the Motion to Recuse, and remand this matter and order the trial court to make a written request to the Supreme Court for the appointment of an *ad hoc* judge as provided in La. C.C.P. art. 155, to hear the Motion to Recuse.

We express no opinion as to the merits of the Motion to Recuse.

Gretna, Louisiana, this 10th day of January, 2023.

**SJW**
**JGG**
**HJL**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
INTERIM CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **01/10/2023** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**22-C-534**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Nancy A. Miller (DISTRICT JUDGE)
Shaye R. Lirette (Relator)

### MAILED
Michael Salisbury  (Respondent)
In Proper Person
39 Emma Street
Binghamton, NY 13905

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Salisbury , In Proper Person
39 Emma Street
Binghamton, NY 13905
22-C-534                     01-10-23

9590 9402 2434 6249 3638 40

2. Article Number *(Transfer from service label)*

7016 2070 0000 0954 6724

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____     ☐ Agent  ☑ Addressee

B. Received by (Printed Name)     C. Date of Delivery
MICHAEL SALISBURY     1-14-23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

SECURIT

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ ___ lail
- ☐ ___ lail Restricted Delivery

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☑ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt